# CRIMINAL MINUTE SHEET
## SENTENCING

Date 12/2/13   ☐ Non-Public Document   Case No. 13-CR-126-ABJ
Time 9:32am-10:04am   Interpreter
   Int. Phone

**USA** vs. Stanley Jones

| Alan B. Johnson | Tammy Hilliker | Julie Thomas | Tom Fitzgerald | |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**   Government   Kerry Jacobson
   Defendant   Pro Se
   ☐ CJA  ☐ FPD  ☐ RET  ☑ WAIVED

☑ Defendant acknowledges having read presentence report
☐ Defendant's ____ objections to presentence report
   ☐ Court denies objections to presentence report   ☐ Court grants objections to presentence report

☐ Witness(es) _____

☐ Exhibits received by Court _____

☐ Government to move for departure within 1 year of sentencing
   Downward Departure   ☐ Granted   ☐ Denied

**SENTENCING INFORMATION**
☐ Defendant is committed to custody
   For a period of _____ as to Count(s) _____   _____ as to Count(s) _____
   _____ as to Count(s) _____   _____ as to Count(s) _____

☐ Sentence shall be served _____ to _____
☐ Defendant is sentenced to time served   ☐ Plus up to ten (10) days to allow for deportation proceedings
☐ Upon release from custody, the defendant shall be on **supervised release**
   For a period of _____ as to Count(s) _____   _____ as to Count(s) _____
   _____ as to Count(s) _____   _____ as to Count(s) _____

☐ Supervised Release shall be served _____ to _____
☐ Defendant to be deported upon release from confinement
☑ Defendant is placed on **probation** for a period of 2 years co...

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

☑ Obey all laws, Federal, State & Local
☑ Abide by the standard conditions of supervision
☐ Home confinement for a period of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed
☐ Submit to mandatory drug testing (w/in 15 days of release)
☐ Notify Probation of change in economic circumstance
☐ Notify employers of conviction
☑ Submit person, residence, office or vehicle to a search

☑ Report to Probation w/in 72 hours of release
☑ Provide complete financial disclosure as directed
☐ Electronic monitoring as directed by Probation
☐ Not use or possess controlled substances/drugs
☑ Not open new lines of credit or incur new debt
☐ Submit to additional drug/alcohol testing and treatment
☑ Mandatory drug testing is waived
☐ DNA collection
☑ Cognitive/Behavioral Treatment
☐ Pay one-time fee of $250.00 to partially defray costs of treatment and/or drug testing

[✓] Other (continued from conditions of Probation/Supervised Release)
Cooperate with BLM as to clean up, Cooperate with IRS and pay any back taxes and penalties,

Fine is contingent and will be remitted upon compliance with fixing fences, locking gates and removal of personal property within 6 months of sentence

**MONETARY IMPOSITIONS**

[✓] Defendant shall pay **special assessment(s)** in the amount of $25.00 as to Count(s) 1, $25.00 as to Count(s) 2, $25.00 as to Count(s), 3, ___ as to Count(s) ___ for a **total** of $75.00
[✓] Special assessment is due and payable immediately
[✓] Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
[✓] Special assessment shall be paid in monthly installments of at least $ 25 or 10% income during the term of supervision
[ ] Special assessment remitted upon deportation of the defendant

[✓] Defendant shall pay a **fine** in the amount of $3,000.00 as to Count(s) 1,2,3, ___ as to Count(s) ___, ___ as to Count(s) ___, ___ as to Count(s) ___ for a **total** of $3,000.00
[✓] Fine is due and payable immediately
[✓] Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
[✓] Fine shall be paid in monthly installments of at least $ 25 or 10% income during the term of supervision
[ ] Fine shall be paid jointly and severally with ___
[ ] Fine is waived due to inability to pay

[ ] Defendant shall make **restitution** in the amount of ___ as to Count(s) ___, ___ as to Count(s) ___, ___ as to Count(s) ___, ___ as to Count(s) ___ for a **total** of $0.00
[ ] Restitution is due and payable immediately
[ ] Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
[ ] Restitution shall be paid in monthly installments of at least $___ during the time of supervision
[ ] Restitution shall be paid jointly and severally with ___
[ ] Other restitution information

[ ] Interest requirement for fine/restitution/special assessment is waived

[ ] Defendant is **remanded** to custody of US Marshal
[ ] Defendant shall **surrender** to designated prison on/before ___ at ___ AM
[ ] Defendant shall **report** to institution as directed by Probation
[ ] Court **recommends placement** at ___

[ ] Court recommends defendant participate in the prison industries program
[ ] Court recommends defendant participate in the Bureau of Prison's 500-hour Residential Drug Treatment Program
[ ] Court recommends defendant participate in substance abuse treatment while incarcerated
[✓] Defendant advised of right to appeal    [ ] Defendant waives right to appeal
[ ] Defendant shall forfeit the following property

[ ] Count(s) ___ of the Indictment **dismissed** on the motion of the United States